964 F.2d 1148
 Waller (Thomas G.), Estate of Waller (Michael Jeffery),
Waller (Myra L.)
v.
Osbourne (Ozzy), CBS Incorporated, CBS Records, Jet Records,
Daisley (Bob), Rhoads (Randy), Essex Music International,
Ltd., Essex Music International, Inc.; Hamilton (Mattie K.)
v. Osbourne (Ozzy), CBS Records, Inc.
 NOS. 91-8507, 91-8510
 United States Court of Appeals,
Eleventh Circuit.
 May 18, 1992
 M.D.Ga., 958 F.2d 1084
 
 1
 DENIALS OF REHEARING EN BANC.